FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 13 AM 9:51
CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> KAITLYNNE G. PUFFINBARGER ) <br> ) <br> Defendant ) | INFORMATION <br> CR 416-101 |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 13th day of July, 2018.

_A. R. Smith_

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA